UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONI GOTTI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JESUS S. VALDEZ and MEZA FAMILY & ASSOCIATES, INC. dba DON FELIX CAFÉ; and DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 08cv1248-JLS (BLM)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On August 18, 2008, Plaintiff filed a motion to remand this case to state court. In light of this pending motion, the Court finds it inappropriate to convene an Early Neutral Evaluation Conference ("ENE") at this time. <u>See</u> Civil Local Rule 16.1(c) (explaining that the "judicial officer shall hold [conferences] as he or she deems appropriate"). Accordingly, the ENE set for August 29, 2008 is hereby **VACATED.**

///

///

///

The Court will conduct a <u>telephonic</u>, <u>attorneys-only</u> Case Management Conference on **November 4, 2008** at **1:30 p.m.** Plaintiff's counsel shall initiate the conference call. Failure of required counsel to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: August 20, 2008

*Barbara Major*
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JANIS L. SAMMARTINO
U.S. DISTRICT JUDGE

ALL COUNSEL